

# IN THE
# TENTH COURT OF APPEALS

## No. 10-22-00376-CR

**MARCUS RAY BRYANT,**

Appellant

v.

**THE STATE OF TEXAS,**

Appellee

From the 54th District Court
McLennan County, Texas
Trial Court No. 2021-1610-C2

## MEMORANDUM OPINION

Appellant, Marcus Ray Bryant, appeals his conviction for unlawful possession of a firearm by a felon. A jury found him guilty as alleged in the indictment, found the enhancement and habitual allegations to be true, and sentenced him to forty-five years' confinement in the Texas Department of Criminal Justice, Institutional Division. This appeal followed.

Bryant's appointed counsel filed a motion to withdraw and an *Anders* brief in support of the motion asserting that he has diligently reviewed the appellate record and that, in his opinion, the appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744 (1967). Counsel's brief evidences a professional evaluation of the record for error and compliance with the other duties of appointed counsel. Accordingly, we conclude that counsel has performed the duties required of appointed counsel. *See id.*; *High v. State*, 573 S.W.2d 807, 812 (Tex. Crim. App. 1978); *see also Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014).

In reviewing an *Anders* appeal, we must, "after a full examination of all the proceedings . . . decide whether the case is wholly frivolous." *Anders*, 386 U.S. at 744; *Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). An appeal is "wholly frivolous" or "without merit" when it "lacks any basis in law or fact." *McCoy v. Court of Appeals*, 486 U.S. 429, 438 n.10 (1988). After a review of the entire record in this appeal, we further conclude that this appeal is wholly frivolous. *See Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005).

Based on the foregoing, we affirm the trial court's judgment. Furthermore, we grant counsel's motion to withdraw from representation of Bryant in this appeal.

STEVE SMITH
Justice

Before Chief Justice Gray,
        Justice Johnson,
        and Justice Smith
Affirmed
Opinion delivered and filed June 28, 2023
Do not publish
[CRPM]

